**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 631 EAL 2019

                Respondent              :

                             :    Petition for Allowance of Appeal
                             :    from the Order of the Superior Court

          v.                       :

                             :

LANCE EVERETT,                   :

                             :

              Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.